

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00346-CV

**BP Automotive LP d/b/a Bossier Dodge**

**v.**

**RLJ-McLarty_Landers Automotive Group**

NO. 10030B1 IN THE 87TH DISTRICT COURT OF FREESTONE COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 10/03/2014 | E-PAID | ANT |
| MT FEE | $15.00 | 10/01/2014 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/06/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/20/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/22/2013 | E-PAID | APE |
| SUPP CLK RECORD | UNKNOWN | 07/18/2013 | UNKNOWN | UNK |
| E-TXGOV FEE | $5.00 | 07/15/2013 | E-PAID | APE |
| MT FEE | $10.00 | 07/15/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/11/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/08/2013 | E-PAID | APE |
| SUPP CLK RECORD | $10.00 | 07/05/2013 | UNKNOWN | UNK |
| E-TXGOV FEE | $5.00 | 07/01/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 06/25/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 06/21/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 05/14/2013 | E-PAID | ANT |

| | | | | |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 05/14/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 04/30/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 04/30/2013 | E-PAID | ANT |
| SUPP CLK RECORD | UNKNOWN | 04/22/2013 | UNKNOWN | UNK |
| E-TXGOV FEE | $4.00 | 06/20/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 06/20/2012 | E-PAID | ANT |
| SUPP CLK RECORD | $21.00 | 05/18/2012 | UNKNOWN | UNK |
| CLK RECORD | $1,217.00 | 03/20/2012 | UNKNOWN | ANT |
| SUPP CLK RECORD | $145.00 | 03/20/2012 | UNKNOWN | UNK |
| FILING | $175.00 | 03/09/2012 | TRANSFER | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,702.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 13, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**